IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ROBERT DOHERTY | Criminal Action No.<br><br>1:21-CR-184-TWT-CCB |

**MOTION FOR REVIEW OF AN ORDER DENYING MOTION FOR DETENTION AND REQUEST FOR AN ORDER STAYING RELEASE**

The United States of America, by Kurt R. Erskine, Acting United States Attorney, and Ryan K. Buchanan, Assistant United States Attorney for the Northern District of Georgia, files this Motion for Review of an Order Denying Motion for Detention.

On May 7, 2021, Defendant was arrested and charged via federal criminal complaint. (Doc. 1). Defendant made his initial appearance on May 10, 2021. (Doc. 2). The following day, a grand jury sitting in the Northern District of Georgia returned an indictment charging Defendant with possessing a machine gun and a short barrel rifle. (Doc. 7).

The United States filed a motion to detain Defendant after his arrest. (Doc. 2). The United States Magistrate Court conducted a detention hearing on May 13, 2021 and denied the motion for detention.

Pursuant to Title 18, United States Code, Section 3145, the United States moves this Court for review the order denying the motion for detention issued

by the United States Magistrate Court. The United States requests a hearing date at this Court's earliest convenience. The United States also requests that the stay issued by the United States Magistrate Court at the conclusion of the detention hearing remain in effect pending the outcome of the hearing before this Court.

## Conclusion

The United States respectfully requests review of the order denying its motion for detention and a hearing at this Court's earliest convenience. The United States also requests that the stay issued by the United States Magistrate Court remain in effect pending the outcome of the hearing before this Court.

    Respectfully submitted,

    KURT R. ERSKINE
      *Acting United States Attorney*

    /s/RYAN K. BUCHANAN
      *Assistant United States Attorney*
    Georgia Bar No. 623388
    Ryan.Buchanan@usdoj.gov

## Certificate of Service

The United States Attorney's Office served this document today by filing it using the Court's CM/ECF system

May 13, 2021

/s/ RYAN K. BUCHANAN

RYAN K. BUCHANAN

*Assistant United States Attorney*