IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | CRIMINAL ACTION NO. 1:21-CR-184-TWT-CCB |
| v. | |
| ROBERT DOHERTY, | |
| Defendant. | |

## ORDER

On December 21, 2021, the Court held a pretrial conference. After hearing from counsel, the Court **DEFERRED** Defendant's motion to suppress statements, (Doc. 35), to the District Judge. There are no additional motions pending, and it does not appear that there are any other pretrial matters to bring before the undersigned. It is therefore **ORDERED** that Defendant's case be certified ready for trial.

**IT IS SO ORDERED**, this 27th day of December, 2021.

_____
CHRISTOPHER C. BLY
UNITED STATES MAGISTRATE JUDGE