IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ROBERT DOHERTY | Criminal Action No.<br><br>1:21-CR-184-01-TWT |

**GOVERNMENT'S SENTENCING MEMORANDUM**

The United States of America, by Ryan K. Buchanan, United States Attorney, and Matthew S. Carrico, Assistant United States Attorney for the Northern District of Georgia, submit this Sentencing Memorandum.

## Introduction

On May 7, 2021, Robert Doherty was arrested while in possession of an unregistered machine gun and unregistered short-barrel rifle. On May 11, 2021, a grand jury in the Northern District of Georgia returned a two-count indictment charging Mr. Doherty with possession of an unregistered machine gun in count one, and possession of an unregistered short-barrel rifle in count two. On February 16, 2022, Mr. Doherty entered a plea of guilty to count two of the indictment. Sentencing is set for May 31, 2022, at 2:00 pm.

## PSR Calculations

The presentence report calculates Mr. Doherty as having a total criminal history score of three. This places Mr. Doherty in criminal history category II. Both the Government and Mr. Doherty agree with this calculation.

1

The presentence report calculates Mr. Doherty's base offense level as a level 20 pursuant to § 2K2.1(a)(4)(B) of the sentencing guidelines. After consultation with supervising United States Probation Officer Kenneth D. Jeffers, both Mr. Doherty and the Government agree that a more appropriate base offense level would be 18, pursuant to § 2K2.1(a)(5) as the offense involved a firearm described in 26 U.S.C. § 5845(a). After receiving a 3-level reduction for acceptance of responsibility pursuant to §§ 3E1.1(a) and (b), Mr. Doherty's total offense level would be 15. Based on a total offense level of 15 and his criminal history category of II, both Mr. Doherty and the Government agree that his Guidelines range should be 21-27 months.

Assuming the Court agrees with the parties' recommendations, there are no objections to the Guidelines that need to be addressed by the Court.

## Sentencing Recommendation

Pursuant to the plea agreement in this case, the government agreed to recommend a sentence at the low-end of the adjusted Guideline range. As such, assuming the Court adopts the agreed upon calculation of Mr. Doherty's Guideline range as discussed above, then the government recommends a sentence of 21 months' imprisonment. The government will provide additional explanation to the Court at sentencing as to why it believes this is an appropriate sentence.

## Conclusion

For the foregoing reasons, the Government respectfully recommends a sentence of 21 months' imprisonment.

    Respectfully submitted,

    RYAN K. BUCHANAN
    *United States Attorney*

/s/Matthew S. Carrico
    *Assistant United States Attorneys*
    Georgia Bar No. 538608
    Matthew.Carrico@usdoj.gov

## Certificate of Service

I served this document today by electronic mail.

May 27, 2022

>                             /s/ MATTHEW S. CARRICO
>                             MATTHEW S. CARRICO
>                             *Assistant United States Attorney*

600 U.S. Courthouse   75 Spring Street SW   Atlanta, GA 30303
(404) 581-6000   *fax* (404) 581-6181