IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| ROBERT DOHERTY, | : | MOTION TO VACATE |
|    Movant, | : | 28 U.S.C. § 2255 |
| | : | |
| v. | : | CRIMINAL ACTION NO. |
| | : | 1:21-CR-00184-TWT-CCB-1 |
| | : | |
| UNITED STATES OF AMERICA, | : | CIVIL ACTION NO. |
|    Respondent. | : | 1:23-CV-02241-TWT-CCB |

**ORDER**

Movant Robert Doherty filed a motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255. (Doc. 44.)

Movant does not have an address on file with the Court. The Clerk is **DIRECTED** to update Movant's address as follows: 386 Lanier St. Apt. B-9, Atlanta, GA 30318.[1] The Clerk is further **DIRECTED** to forward to Movant a copy of the Government's motion for extension of time. (Doc. 46.) Movant is reminded that this action may be dismissed for failure to (1) comply with any orders of the

---

[1] The undersigned obtained this address through the United States Probation Office.

Court, LR 41.3(A)(2), NDGa.; or (2) keep this Court advised of Movant's current address at all times while this lawsuit is pending, LR 41.2(B), NDGa.

**IT IS SO ORDERED**, this 27th day of July, 2023.

_____
CHRISTOPHER C. BLY
UNITED STATES MAGISTRATE JUDGE